FREDERICK MARCELES COOLEY
465 CARLSON STREET
VALLEJO, CA 94590

IN PRO SE

FILED
JAN 27 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FREDERICK MARCELES COOLEY,

Plaintiff,

vs.

CITY OF VALLEJO, et., al.,

Defendant

Case No.:

**CIVIL RIGHTS COMPLAINT AND DEMAND FOR JURY TRIAL PURSUANT 42 U.S.C. § 1983**

2:14-CV-0240 MCE DAD (PS)

## STATEMENT OF CLAIMS

On Sunday August 12, 2012, at approximately 11:00 a.m., Plaintiff was visiting his relatives who live at 812 5th Street, Vallejo, Ca 94590. Plaintiff and his relatives made the decision to go to a recreational park located at 5th Street and Lemon Street approximately three blocks away to play basketball. Plaintiff decided to wait outside the residence until everyone was ready to walk to the park together. As Plaintiff walk outside in front of the residence, Plaintiff observed a marked City of Vallejo, Vallejo Police patrol car travel at a high rate of speed blow through a stop sign located at 5th Street and Cherry Street, then stopped at Plaintiff's location. An officer later identified as Defendant Vallejo Police Officer William Badour #578, quickly got out of his vehicle pointing energy weapon (Taser) at Plaintiff face and without warning deployed it. Plaintiff was able to move his head in a manner to prevent being struck and he retreated back into the residence at 812 5th Street, Vallejo, Ca 94590.

After about five minutes, Plaintiff came out of the residence with his hands up and Defendant Badour placed him in handcuffs extremely tight. Plaintiff requested that Defendant Badour loosen the handcuffs because it was hurting him. Defendant Badour refused to loosen the handcuffs. Plaintiff was transported to the Vallejo Police Station where he requested that Defendant Badour loosen the handcuff approximately ten times and Defendant Badour refused. For about an hour Plaintiff was left handcuffed in extreme pain. Plaintiff was subsequently cited for violation of Cal. Penal Code § 148. Plaintiff suffered bruising, pain and numbness to his wrist and hands for approximately four weeks subsequent to the police encounter.

Plaintiff is associated with numerous Vallejo residents who have been subjected to excessive force by Vallejo Police Officers and Plaintiff will be seeking damages for Monell Claims due to the City of Vallejo longstanding practice, policy or custom of allowing Vallejo Police Officers to use excessive force.

At all times mentioned Defendant William Badour was employed as a Vallejo Police Officer and acting under the color of state law.

**RELIEF**

Plaintiff is seeking compensatory and punitive damages. He is also seeking damages for emotional distress and demands a jury trial. Therefore, Plaintiff will be requesting that the court allow him to litigate his claims under Federal law.

Signed 1/23 day of January, 2014.

_Frederick Cooley_
PLAINTIFF

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Date 1/23/14

_[signature]_
DECLARANT