UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MARCELES COOLEY, | No. 2:14-CV-00240 MCE DAD PS |
| Plaintiff, | |
| v. | **ORDER** |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

Each of the parties in the above-captioned case has consented to proceed before a United States Magistrate Judge (ECF Nos. 10, 17). See 28 U.S.C. § 636(c). According to E.D. Cal. R. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be assigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

///
///
///
///
///

1

1   IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the
2   Honorable Dale A. Drozd.  The parties shall take note that all documents hereafter filed
3   with the Clerk of the Court shall bear case number 2:14-CV-00240 DAD PS.  All currently
4   scheduled dates presently set before Judge England are hereby VACATED.
5   Dated:  September 3, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

10   Having also reviewed the file, I accept reference of this case for all further
11   proceedings and entry of final judgment.
12   Dated:  September 3, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.consent\cooley0240.consent.ord.docx

2