UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MARCELES COOLEY, | No. 2:14-cv-0240 DAD PS |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

This matter came before the court on October 10, 2014, for the hearing of plaintiff's September 19, 2014, request to allow his father to "verbally assist him in oral arguments in open court."[1] (Dkt. No. 24 at 1.) Attorney Furah Faruqui appeared on behalf of the defendants and plaintiff Frederick Cooley appeared on his own behalf.

After hearing from the parties, and for the reasons stated on the record at the October 10, 2014 hearing, IT IS ORDERED that plaintiff's September 19, 2014 request (Dkt. No. 24) is denied.

Dated: October 16, 2014

DAD:6
Ddad1\orders.consent\cooley0240.oah.1010.14.ord.docx

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). (Dkt. No. 22.)

1