UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MARCELES COOLEY, | No. 2:14-cv-0240 DAD PS |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

This matter came before the court on November 14, 2014, for the hearing of plaintiff's October 16, 2014, motion to compel (Dkt. No. 29) and plaintiff's motion regarding the terms of a protective order. (Dkt. No. 31.) Attorney Furah Faruqui appeared on behalf of the defendants and plaintiff Frederick Cooley appeared on his own behalf.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel (Dkt. No. 29) and motion regarding the terms of a protective order (Dkt. No. 31) are granted as stated on the record at the November 14, 2014 hearing;

2. Within 30 days, defendants shall produce to plaintiff responsive documents for the prior ten years or submit some, or all, of those documents to the court for in camera review if necessary;

1

3. Defendants shall also file a proposed stipulated protective order and serve a copy of that proposed stipulated protective order on plaintiff; and

4. Plaintiff shall file objections to the proposed stipulated protective order, if any, within fourteen days of the date plaintiff is served with a copy of the proposed stipulated protective order.

Dated:  November 14, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.consent\cooley0240.oah.111414.docx